IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

DALLAS WILLIAMS-SMOTHERS,

Defendant.

21-CR-6016-EAW

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 231(a)(3)

(1 Count)

## COUNT 1

**(Civil Disorder)**

**The United States Attorney Charges That:**

On or about September 5, 2020, in the Western District of New York, the defendant, **DALLAS WILLIAMS-SMOTHERS**, did commit, and attempt to commit, an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, or adversely affected commerce and the movement of any article and commodity in commerce.

**All in violation of Title 18, United States Code, Section 231(a)(3).**

DATED: Rochester, New York, March 1, 2021.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____/s/ Brett A. Harvey_____
BRETT A. HARVEY
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3949
brett.harvey@usdoj.gov